IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SEDGWICK CLAIMS
MANAGEMENT SERVICES
AND BREVARD COUNTY
SCHOOL BOARD,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

     Appellants,

CASE NO. 1D15-2343

v.

SANDRA WATSON,

     Appellee.

_____/

Opinion filed December 17, 2015.

An appeal from an order of the Judge of Compensation Claims.
Robert L. Dietz, Judge.

Date of Accident: September 12, 2013.

William H. Rogner, of Hurley, Rogner, Miller, Cox & Waranch, P.A., Winter Park, for Appellants.

Daniel P. Faherty, of Telfer, Faherty, Anderson & Hawkins, P.L., Titusville, for Appellee.


PER CURIAM.

     AFFIRMED.

LEWIS, WETHERELL, and BILBREY, JJ., CONCUR.